IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRASSHOPPER NATURAL MEDICINE, LLC, and
BRANDON TAYLOR, individually,

      Plaintiffs,

vs.                                              No. CIV 15-338 JB/CG

THE HARTFORD CASUALTY INSURANCE COMPANY,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. No. 70], and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

That the parties have entered into a settlement of all issues of law and fact in this case, have agreed that any and all claims and damages that were brought or that could have been brought herein by and between the parties are to be dismissed with prejudice, have agreed to bear their own costs and attorneys' fees, and have requested that this Court issue an Order of Dismissal with Prejudice dismissing Plaintiff's Complaint for Declaratory Judgment, Insurance Bad Faith and Related Causes of Action on January 28, 2015 against Hartford in the First Judicial District Court (Cause No. D-101-CV-2015-00318), which was amended on March 13, 2015 and removed to the United States District Court for the District of New Mexico.

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:**

      1.     Plaintiff's Complaint for Declaratory Judgment, Insurance Bad Faith and Related Causes of Action on January 28, 2015 against Hartford in the First Judicial District Court (Cause

- 2 -

No. D-101-CV-2015-00318), which was amended on March 13, 2015 and removed to the United States District Court for the District of New Mexico, is dismissed with prejudice.

2. Any and all claims and damages that were brought or that could have been brought herein by and between the parties are dismissed with prejudice.

3. The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**RILEY, SHANE & KELLER, P.A.**

By: */s/ Courtenay L. Keller (electronically filed)*
  **COURTENAY L. KELLER**
  *Attorneys for Defendants*
  3880 Osuna Road NE
  Albuquerque, NM 87109
  (505) 883-5030

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS AND AUGHTRY**

By: */s/ Steven J. Knight (electronically filed)*
  **STEVEN J. KNIGHT**
  1200 Smith Street, Suite 1400
  Houston, Texas 77002
  (713) 654-9603
  *Attorneys for Defendant*
  *Hartford Casualty Insurance Company*

Approved by:

**GIDDENS, GATTON & JACOBUS, P.C.**
  *Approved via email 9/28/16*
By: */s/ H. Jesse Jacobus (electronically filed)*
**H. JESSE JACOBUS, III**
10400 Academy Road NE, Suite 350
Albuquerque, NM 87111-7372
(505) 271-1053
*Attorneys for Plaintiffs*